# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00499-CR

**James Ray Perkins III, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT NO. D-1-DC-10-301758, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's court-appointed counsel has filed a motion to temporarily stay the proceedings in this appeal so that the district court may consider his motion to withdraw as appointed counsel and appoint new counsel. Counsel has attached to this motion a copy of his motion to withdraw, which counsel represents has been filed with the district court. Accordingly, we abate this appeal for thirty days and remand the cause to the district court to consider counsel's motion to withdraw. All appellate deadlines will be tolled during the period of abatement. Any orders resulting therefrom, including any order appointing new counsel, shall be filed with the clerk of this Court no later than November 14, 2011.

Before Chief Justice Jones, Justices Pemberton and Henson

Abated

Filed: October 13, 2011

Do Not Publish